# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### DILLOW v. WILSON, JUDGE.

INTOXICATING LIQUORS: INJUNCTION: CONTEMPT: EVIDENCE.

*Appeal from Creston Superior Court.*

SATURDAY, OCTOBER 22, 1887.

On the 18th day of June, 1886, the defendant was, by the decree of the court below, enjoined and perpetually restrained from engaging in the unlawful sale of intoxicating liquors. On the 23d day of December, 1886, he was adjudged by said court to be in contempt for having violated said injunction, and a fine of $500 was assessed against him. An application was made to this court, and a writ of certiorari was issued, to review the said contempt proceedings.

*Higbee & Hanna,* for plaintiff.

No appearance for defendant.

ROTHROCK, J.—The sole ground on which the plaintiff claims a reversal of the judgment against him is that the evidence did not warrant the finding that he had violated the injunction. We have carefully examined the testimony of all the witnesses in the case, and our conclusion is that the judgment of the superior court is correct. AFFIRMED.